IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOU GEILER and LARRY MOORE, Individually and on behalf of all participants and dependents in the Northern Natural Gas Company Medical and Dental Plan for Retirees and Surviving Spouses, MIDAMERICAN ENERGY COMPANY PENSION AND EMPLOYEE BENEFITS PLANS ADMINISTNRATIVE COMMITTEE and WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee of the MidAmerican Energy Company Master VEBA Trust, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV268 |
| v. | ) ) | |
| ROBERT W. JONES, SARAH A. DAVIS, RICHARD LYDECKER, GARY SMITH, KRISTE K. SULLIVAN, ARLENE BARNETT, LYZETTE PALMER, J.P. MORGAN, CHASE BANK OF TEXAS, TEXAS COMMERCE BANK, NORTHERN PLAINS NATURAL GAS COMPANY, TRANSWESTERN PIPELINE COMPANY, FLORIDA GAS TRANSMISSION COMPANY, ENRON LIQUIDS PIPELINE COMPANY and JOHN and JANE DOES (real names unknown), | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on the motion to withdraw from representation of defendant Northern Plains Natural Gas Company (Filing No. 25) by Roger L. Shiffermiller and the law firm, Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw of Roger L. Shiffermiller and the law firm, Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C. from representation of defendant Northern Plains Natural Gas Company is granted.

2) Said defendant shall have until September 19, 2005, to have new counsel enter an appearance or advise the Court how defendant intends to proceed.

DATED this 30th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court