IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOU GEILER and LARRY MOORE,      )
Individually and on behalf of    )
all participants and             )
dependents in the Northern       )
Natural Gas Company Medical      )
and Dental Plan for Retirees     )
and Surviving Spouses,           )
MIDAMERICAN ENERGY COMPANY       )
PENSION AND EMPLOYEE BENEFITS    )
PLANS ADMINISTNRATIVE            )
COMMITTEE and WELLS FARGO        )
BANK, NATIONAL ASSOCIATION,      )
as Trustee of the MidAmerican    )
Energy Company Master VEBA       )
Trust,                           )
                                 )
            Plaintiffs,          )          8:05CV268
                                 )
       v.                        )
                                 )
ROBERT W. JONES, SARAH A.        )          ORDER
DAVIS, RICHARD LYDECKER,         )
GARY SMITH, KRISTE K.            )
SULLIVAN, ARLENE BARNETT,        )
LYZETTE PALMER, J.P. MORGAN,     )
CHASE BANK OF TEXAS, TEXAS       )
COMMERCE BANK, NORTHERN          )
PLAINS NATURAL GAS COMPANY,      )
TRANSWESTERN PIPELINE COMPANY,   )
FLORIDA GAS TRANSMISSION         )
COMPANY, ENRON LIQUIDS           )
PIPELINE COMPANY and JOHN        )
and JANE DOES (real names        )
unknown),                        )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on the motion of defendant Arlene Barnett, properly known as Arleen Barnett, to strike Filing No. 35 (Filing No. 36). Accordingly,

IT IS ORDERED that said motion to strike is granted; the clerk shall strike Filing No. 35 as an incorrect filing of a document.

DATED this 2nd day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court