IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOU GEILER and LARRY MOORE,        )
Individually and on behalf of      )
all participants and               )
dependents in the Northern         )
Natural Gas Company Medical        )
and Dental Plan for Retirees       )
and Surviving Spouses,             )
MIDAMERICAN ENERGY COMPANY         )
PENSION AND EMPLOYEE BENEFITS      )
PLANS ADMINISTRATIVE               )
COMMITTEE and WELLS FARGO          )
BANK, NATIONAL ASSOCIATION,        )
as Trustee of the MidAmerican      )
Energy Company Master VEBA         )
Trust,                             )
                                   )
            Plaintiffs,            )         8:05CV268
                                   )
       v.                          )
                                   )
ROBERT W. JONES, SARAH A.          )         ORDER
DAVIS, RICHARD LYDECKER,           )
GARY SMITH, KRISTE K.              )
SULLIVAN, ARLENE BARNETT,          )
LYZETTE PALMER, J.P. MORGAN,       )
CHASE BANK OF TEXAS, TEXAS         )
COMMERCE BANK, NORTHERN            )
PLAINS NATURAL GAS COMPANY,        )
TRANSWESTERN PIPELINE COMPANY,     )
FLORIDA GAS TRANSMISSION           )
COMPANY, ENRON LIQUIDS             )
PIPELINE COMPANY and JOHN          )
and JANE DOES (real names          )
unknown),                          )
                                   )
            Defendants.            )
_____)
```

This matter is before the Court on the motion for extension of time (Filing No. 45) by defendants Sarah A. Davis,

Richard Lydecker, Gary Smith, Arleen Barnett and Lizzette M. Palmer.  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendants' motion for extension of time is granted.  Said defendants shall have until October 24, 2005, to file their brief and index of evidence in support of their motion to dismiss, or in the alternative, motion to stay.

DATED this 26th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court