IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOU GEILER and LARRY MOORE,        )
Individually and on behalf of      )
all participants and               )
dependents in the Northern         )
Natural Gas Company Medical        )
and Dental Plan for Retirees       )
and Surviving Spouses,             )
MIDAMERICAN ENERGY COMPANY         )
PENSION AND EMPLOYEE BENEFITS      )
PLANS ADMINISTRATIVE               )
COMMITTEE and WELLS FARGO          )
BANK, NATIONAL ASSOCIATION,        )
as Trustee of the MidAmerican      )
Energy Company Master VEBA         )
Trust,                             )
                                   )
                Plaintiffs,        )          8:05CV268
                                   )
          v.                       )
                                   )
ROBERT W. JONES, SARAH A.          )          ORDER
DAVIS, RICHARD LYDECKER,           )
GARY SMITH, KRISTE K.              )
SULLIVAN, ARLENE BARNETT,          )
LYZETTE PALMER, J.P. MORGAN,       )
CHASE BANK OF TEXAS, TEXAS         )
COMMERCE BANK, NORTHERN            )
PLAINS NATURAL GAS COMPANY,        )
TRANSWESTERN PIPELINE COMPANY,     )
FLORIDA GAS TRANSMISSION           )
COMPANY, ENRON LIQUIDS             )
PIPELINE COMPANY and JOHN          )
and JANE DOES (real names          )
unknown),                          )
                                   )
                Defendants.        )
_____)
```

This matter is before the Court on plaintiffs' motion to extend deadline to respond to motion to dismiss filed by Sarah A. Davis, Richard Lydecker, Arlene Barnett, Lizzette Palmer, and Gary Smith (Filing No. 68). The Court notes said defendants have

no objection and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion to extend deadline to respond to the motion to dismiss is granted. Plaintiffs shall have until November 23, 2005, to respond to said motion.

DATED this 17th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court