IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOU GEILER and LARRY MOORE,     )
Individually and on behalf of   )
all participants and            )
dependents in the Northern      )
Natural Gas Company Medical     )
and Dental Plan for Retirees    )
and Surviving Spouses,          )
MIDAMERICAN ENERGY COMPANY      )
PENSION AND EMPLOYEE BENEFITS   )
PLANS ADMINISTRATIVE            )
COMMITTEE and WELLS FARGO       )
BANK, NATIONAL ASSOCIATION,     )
as Trustee of the MidAmerican   )
Energy Company Master VEBA      )
Trust,                          )
                                )
              Plaintiffs,       )          8:05CV268
                                )
        v.                      )
                                )
ROBERT W. JONES, SARAH A.       )          ORDER
DAVIS, RICHARD LYDECKER,        )
GARY SMITH, KRISTE K.           )
SULLIVAN, ARLENE BARNETT,       )
LYZETTE PALMER, J.P. MORGAN,    )
CHASE BANK OF TEXAS, TEXAS      )
COMMERCE BANK, NORTHERN         )
PLAINS NATURAL GAS COMPANY,     )
TRANSWESTERN PIPELINE COMPANY,  )
FLORIDA GAS TRANSMISSION        )
COMPANY, ENRON LIQUIDS          )
PIPELINE COMPANY and JOHN       )
and JANE DOES (real names       )
unknown),                       )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on plaintiffs' motion to extend deadline to file report of parties' planning conference (Filing No. 74), and on defendants' motion for extension of time

to file reply brief.  The Court finds said motions should be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion to extend deadline file report of parties' planning conference is granted.  The report shall be filed within thirty (30) days after the Court rules on the pending motions to dismiss.

2) Defendants' motion for extension of time to file reply brief is granted.  Defendants shall have until December 13, 2005, to file their brief in reply to plaintiffs' brief in opposition to defendants' motion to dismiss.

DATED this 2nd day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court