IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| LOU GEILER and LARRY MOORE, Individually and on behalf of all participants and dependents in the Northern Natural Gas Company Medical and Dental Plan for Retirees and Surviving Spouses, MIDAMERICAN ENERGY COMPANY PENSION AND EMPLOYEE BENEFITS PLANS ADMINISTRATIVE COMMITTEE and WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee of the MidAmerican Energy Company Master VEBA Trust,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT W. JONES, SARAH A. DAVIS, RICHARD LYDECKER, GARY SMITH, KRISTE K. SULLIVAN, ARLENE BARNETT, LYZETTE PALMER, J.P. MORGAN, CHASE BANK OF TEXAS, TEXAS COMMERCE BANK, NORTHERN PLAINS NATURAL GAS COMPANY, TRANSWESTERN PIPELINE COMPANY, FLORIDA GAS TRANSMISSION COMPANY, ENRON LIQUIDS PIPELINE COMPANY and JOHN and JANE DOES (real names unknown),<br><br>    Defendants. | 8:05CV268<br><br>ORDER |

  This matter is before the Court on the individual defendants' motion for extension of time to file reply brief (Filing No. 103). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the individual defendants shall have until April 14, 2006, to file their reply brief to plaintiffs' brief in opposition to motion for attorney fees.

DATED this 4th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court