IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOU GEILER and LARRY MOORE,       )
Individually and on behalf of     )
all participants and              )
dependents in the Northern        )
Natural Gas Company Medical       )
and Dental Plan for Retirees      )
and Surviving Spouses,            )
MIDAMERICAN ENERGY COMPANY        )
PENSION AND EMPLOYEE BENEFITS     )
PLANS ADMINISTRATIVE              )
COMMITTEE and WELLS FARGO         )
BANK, NATIONAL ASSOCIATION,       )
as Trustee of the MidAmerican     )
Energy Company Master VEBA        )
Trust,                            )
                                  )
            Plaintiffs,           )          8:05CV268
                                  )
       v.                         )
                                  )
ROBERT W. JONES, SARAH A.         )      ORDER AND JUDGMENT
DAVIS, RICHARD LYDECKER,          )
GARY SMITH, KRISTE K.             )
SULLIVAN, ARLENE BARNETT,         )
LYZETTE PALMER, J.P. MORGAN,      )
CHASE BANK OF TEXAS, TEXAS        )
COMMERCE BANK, NORTHERN           )
PLAINS NATURAL GAS COMPANY,       )
TRANSWESTERN PIPELINE COMPANY,    )
FLORIDA GAS TRANSMISSION          )
COMPANY, ENRON LIQUIDS            )
PIPELINE COMPANY and JOHN         )
and JANE DOES (real names         )
unknown),                         )
                                  )
            Defendants.           )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendants' motions for attorney fees and costs (Filing Nos. 83, 86 and 89) and supplemental motion for attorney fees and costs (Filing No. 109) are denied.

DATED this 27th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court