IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOU GEILER and LARRY MOORE,      )
Individually and on behalf of    )
all participants and             )
dependents in the Northern       )
Natural Gas Company Medical      )
and Dental Plan for Retirees     )
and Surviving Spouses,           )
MIDAMERICAN ENERGY COMPANY       )
PENSION AND EMPLOYEE BENEFITS    )
PLANS ADMINISTNRATIVE            )
COMMITTEE and WELLS FARGO        )
BANK, NATIONAL ASSOCIATION,      )
as Trustee of the MidAmerican    )
Energy Company Master VEBA       )
Trust,                           )
                                 )
          Plaintiffs,            )         8:05CV268
                                 )
     v.                          )
                                 )
ROBERT W. JONES, SARAH A.        )         ORDER
DAVIS, RICHARD LYDECKER,         )
GARY SMITH, KRISTE K.            )
SULLIVAN, ARLENE BARNETT,        )
LYZETTE PALMER, J.P. MORGAN,     )
CHASE BANK OF TEXAS, TEXAS       )
COMMERCE BANK, NORTHERN          )
PLAINS NATURAL GAS COMPANY,      )
TRANSWESTERN PIPELINE COMPANY,   )
FLORIDA GAS TRANSMISSION         )
COMPANY, ENRON LIQUIDS           )
PIPELINE COMPANY and JOHN        )
and JANE DOES (real names        )
unknown),                        )
                                 )
          Defendants.            )
_____)
```

This matter is before the Court on the motion of Nicole B. Theophilus to withdraw as attorney of record for defendants Transwestern Pipeline Company, LLC, and Florida Gas Transmission Company (Filing Nos. 106 and 107). Accordingly,

IT IS ORDERED that said motion is granted; Nicole B. Theophilus is deemed withdraw as counsel of record for said defendants.

DATED this 27th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom

———————————————
LYLE E. STROM, Senior Judge
United States District Court